IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LINDA K. BORUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:11-cv-29-CDL |
| | ) | |
| AFLAC, Inc., a Corporation, LINDA HAYWOOD, individually, and in her official capacity, and/or FICTITIOUS DEFENDANTS A, B, C, D, and E, whether singular or plural, whose agents, employee, who or which were employed or worked for any of the named Defendants on the occasion made the basis of this suit; the fraud, negligence, breach of equal employment or other actionable conduct which contributed to cause the damages to the Plaintiff complained of in this civil action, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER CONFIRMING ARBITRATION AWARD

The above-styled matter is presently before the Court on Defendants' Motion to Confirm Arbitration Award and for Entry of Judgment.

Arbitrator Kathryn Durham issued a written opinion and order granting summary judgment as to each of Plaintiff's claims on or about December 14, 2011 (the "Order"). The Order was attached as Exhibit 1 to Defendants' Motion to Confirm filed with this Court, Docket No. 7.

Section 9 of the Federal Arbitration Act ("FAA") permits a District Court to confirm an arbitration award and enter judgment thereon unless grounds exist to vacate, modify or correct the award. 9 U.S.C.A. § 9. Aflac's Arbitration Procedure 12H similarly permits an arbitration

award to be "entered as a judgment in a selected federal district court or state superior court having jurisdiction over the parties." (Docket No. 7, Exhibit 2).

No response or objection has been filed to Defendants' Motion to Confirm.

Having reviewed and considered the Motion to Confirm, the Court finds no grounds for vacating, correcting or modifying Arbitrator Durham's Order. Accordingly, Defendants' Motion is granted, the Order is confirmed as set forth in the record, and judgment shall be entered in favor of Defendants.

SO ORDERED this 1st day of May, 2012.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE